c

SA 19-245M

FINDING RE PROBABLE CAUSE


FILED
CLERK, U.S. DISTRICT COURT
MAR 2 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

On March 23, 2019, at **1:10** a.m/~~p.m~~, Ryan J. McDuffy, an ATF Task Force Officer, appeared before me regarding the probable cause arrest of defendant MANUEL LUNA, occurring on March 22, 2019, at Indio, California.

Having reviewed the Task Force Officer's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 18, United States Code, Section 1951(a) (conspiracy to interfere with commerce by robbery).

/ **X** / It is ordered that defendant MANUEL LUNA be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on March 25, 2019.

/____/ It is ordered that defendant MANUEL LUNA be discharged from custody on this charge forthwith.

DATED: **March 24, 2019** at **1:10** a.m./~~p.m.~~

/s/
_____
UNITED STATES MAGISTRATE JUDGE